# EXHIBIT 2



EAB Global, Inc.
2445 M Street NW
Washington, DC 20037

## Program Order Form

| | |
|---|---|
| Organization:  Tougaloo College | Date:  4/10/2023 |
| Attn: Carmen Walters | |
| 500 W County Line Road | |
| Tougaloo, MS 39174-9999 | |

**Program and Program Fees:**

Organization will have access to the Program services set forth below (the "Services"), which are as described in greater detail in each applicable Program Scope available here:

**Enroll360 -** https://scopes.eab.com/enroll360
**Cappex -** https://scopes.eab.com/cappex
**Virtual Tour -** https://scopes.eab.com/virtualtour

During the Program Term, the Services will be delivered in all material respects as described in each applicable Program Scope.

| Program Term: July 1, 2023 - June 30, 2024 | Quantity | Fees |
|---|---|---|
| **Enroll 360: Cultivate** | | $ 134,805.97 |
| Inquiry Generation, Re-engagement & Nurture | | |
| Inquiry Generation | 35,000 Names | |
| **Enroll 360: Apply   (Application Marketing)** | | $ 127,106.82 |
| Senior New Names | 20,000 Names | |
| Inquiry Pool | 1,000 Names | |
| **Enroll 360: Yield** | | $ 33,639.60 |
| Deposit IQ - All Admits | | |
| **Enroll 360: Strategic Enrollment Management** | | $ 45,000.00 |
| **Virtual Tour** | | $ 13,600.00 |
| Mini Virtual Tour - Premium          10 destinations | | |
| **Total** | | **$ 354,152.39** |

| Program Term: July 1, 2024 - June 30, 2025 | Quantity | Fees |
|---|---|---|
| **Enroll 360: Cultivate** | | $ 138,850.14 |
| Inquiry Generation, Re-engagement & Nurture | | |
| Inquiry Generation | 35,000 Names | |
| **Enroll 360: Apply   (Application Marketing)** | | $ 130,920.01 |

PROPOSAL | Q-207501

DocuSign Envelope ID: F886A82D-86BE-4C30-8384-CDD0234DF5E6

| | | | |
|---|---|---|---|
| Senior New Names | 20,000 Names | | |
| Inquiry Pool | 1,000 Names | | |
| **Enroll 360: Yield** | | $ | 34,648.79 |
| Deposit IQ - All Admits | | | |
| **Enroll 360: Strategic Enrollment Management** | | $ | 46,350.00 |
| **Virtual Tour** | | $ | 14,008.00 |
| Mini Virtual Tour - Premium | 10 destinations | | |
| **Total** | | **$** | **364,776.94** |

**One Time Fee:**

| Program Term: July 1, 2023 - June 30, 2024 | | Fees |
|---|---|---|
| **Enroll 360** | | |
| EAB Team Shoot (Photo Only) | $ | 4,500.00 |
| **Total** | **$** | **4,500.00** |

**Estimates and Passthroughs:**

| Program Term: July 1, 2023 - June 30, 2024 | | | Fees |
|---|---|---|---|
| **Estimated Postage Costs** | | $ | 11,109.00 |
| **Estimated Media Costs** | | $ | 5,480.00 |
| **Estimated List Costs** | | $ | 33,920.00 |
| **Proprietary EAB Media & List Costs** | | $ | 6,189.12 |
| Cappex High School Inquiries | 1,200 Inquiries | | |

| Program Term: July 1, 2024 - June 30, 2025 | | | Fees |
|---|---|---|---|
| **Estimated Postage Costs** | | $ | 11,444.00 |
| **Estimated Media Costs** | | $ | 5,645.00 |
| **Estimated List Costs** | | $ | 34,937.00 |
| **Proprietary EAB Media & List Costs** | | $ | 6,374.79 |
| Cappex High School Inquiries | 1,200 Inquiries | | |

**Organization agrees that in the event that actual quantity volumes under this Program Order Form exceed the quantities set forth in the tables above, additional fees may apply as detailed in Exhibit A attached hereto (the "Supplemental Fees").**

EAB Global, Inc. is successor in interest to Cappex.com, LLC.

The fees offered in this Program Order Form are based on the Programs above and any other existing Programs you may have purchased from us. In the event you terminate or discontinue any Program, including any Program in this Program Order Form, prior to the expiration of its Program Term, the fees may be subject to increase. Any fees, unless denoted as one-time, reflect the annual price for each year of the Program Term or any portion thereof (each, a "Year").

The Program Order Form is made pursuant to the Master Agreement available at http://eab.com/terms/master, which along with the applicable Program Scope which are incorporated herein by reference, form the entire agreement between the parties with respect to the Programs (and together with any other applicable agreements or supplements, the "Agreement").

PROPOSAL | Q-207501

**Invoicing:**

Services will commence on the initial date of the first Program Term (the "Start Date"). EAB will invoice Organization in advance of Services and payment is due within 30 days of the invoice date. Any One-Time Fees will be invoiced at 100% with the Program Fees on the initial invoice of each Year of this Agreement as outlined below.

The first 75% of Program Fees for the first Year will be billed and due within 30 days of the signature of this Agreement or Start Date, whichever is later. The second invoice for 25% of Program Fees for the first Year will be billed and due on or before month 6 of that Year. In subsequent years, 75% will be billed and due on or before the start of each Year, and 25% will be billed and due on or before month 6 of each Year.

The Estimates and Passthroughs, excluding Estimated List costs, are invoiced at 100% on the initial invoice for each Year and are determined based on then-current available rates. Should actual costs exceed the Estimated Postage and Estimated Media costs, EAB will invoice Organization for the difference. Estimated Postage and Estimated Media costs greater than the actual costs will be applied as credit to other services in the current or next Year as agreed upon by EAB and Organization unless Organization requests a refund of such excess costs. Organization will incur the Estimated List costs in the above tables, which will be invoiced directly by, and should be paid directly to, the applicable list provider(s).

Each party represents and warrants to the other that the individual signing below on its behalf is authorized to enter into this Agreement and bind such party. The parties agree and acknowledge that any purchase order or other document subsequently provided by Organization with respect to the Programs above that contain additional, conflicting, or different term and condition or otherwise would amend, modify, or supplement this Agreement are unenforceable and shall be deemed null and void.

Please sign this Program Order Form and return it to Benton Brown bbrown@eab.com to initiate your participation in the Program(s) **no later than** 4/14/2023 (after which fees and terms set forth above are subject to change).

| **EAB Global, Inc.:** | **Tougaloo College:** |
|---|---|
| Signature: *Alyssa M. Franke* | Signature: *[signature]* F9EA54FAD421400 |
| Name: Alyssa Franklin | Name: President Walters |
| Title: Executive Director | Title: |
| Date: 4/10/2023 | Date: 4/19/2023 |

---

## OPTIONAL FOR BILLING PURPOSES ONLY

Invoices should be sent by EAB to this Email Address: _____

Billing Contact Name: _____

Billing Contact Email Address: _____

Billing Contact Phone: _____

Purchase Order No. (if applicable): _____

PROPOSAL | Q-207501

**Exhibit A: Supplemental Fees**

**Supplemental Fees (represents the costs to add additional volume above and beyond what is included in the tables above):**

| Program Term: July 1, 2023 - June 30, 2024 | | Fees |
|---|---|---|
| **Enroll 360: Apply** | | |
| Inquiry Pool | | |
| | Additional Program | $ 6,680.00 /M |
| | Additional Postage | $ 194.00 /M |
| | Additional Media | $ 80.00 /M |
| Senior New Names | | |
| | Additional Program | $ 2,970.00 /M |
| | Additional Postage | $ 194.00 /M |
| | Additional Media | $ 80.00 /M |
| **Inquiry Generation, Re-engagement & Nurture** | | |
| Inquiry Generation | | |
| | Additional Program | $ 1,620.00 /M |
| | Additional Postage | $ 201.00 /M |
| | Additional Media | $ 80.00 /M |
| **Proprietary EAB Media & List Costs** | | |
| Cappex High School Inquiries | | |
| | Additional Program | $ 516.00 /C |

| Program Term: July 1, 2024 - June 30, 2025 | | Fees |
|---|---|---|
| **Enroll 360: Apply** | | |
| Inquiry Pool | | |
| | Additional Program | $ 6,880.00 /M |
| | Additional Postage | $ 199.82 /M |
| | Additional Media | $ 82.40 /M |
| Senior New Names | | |
| | Additional Program | $ 3,060.00 /M |
| | Additional Postage | $ 199.82 /M |
| | Additional Media | $ 82.40 /M |
| **Inquiry Generation, Re-engagement & Nurture** | | |
| Inquiry Generation | | |
| | Additional Program | $ 1,670.00 /M |
| | Additional Postage | $ 207.03 /M |
| | Additional Media | $ 82.40 /M |
| **Proprietary EAB Media & List Costs** | | |
| Cappex High School Inquiries | | |
| | Additional Program | $ 532.00 /C |

PROPOSAL | Q-207501

**\*Additional Program Cost per 1,000 ("$/M"), Additional Postage Cost $/M, Additional Media Cost $/M, and/or Additional Cost per 100 ("$/C") will be applied if the actual quantity volumes are higher than those included in the Program and Program Fees tables above.**