# EXHIBIT 3

 **EAB**

EAB Global, Inc.
2445 M Street NW
Washington, DC 20037

## Program Order Form

Organization:   Tougaloo College
                Attn: LaToya Haymer
                500 W County Line Road
                Tougaloo, MS 39174-9999

Date:   8/22/2023

**Program and Program Fees:**

Organization will have access to the Program services set forth below (the "Services"), which are as described in greater detail in each applicable Program Scope available here:

Navigate - https://scopes.eab.com/navigate

During the Program Term, the Services will be delivered in all material respects as described in each applicable Program Scope.

| Program Term: September 30, 2023 - September 29, 2024 | Quantity | | Fees |
|---|---|---|---|
| **Navigate - Small Schools** | 657 Undergraduate, 22 Additional | $ | 44,000.00 |
| Core (Small School) | | | |
| Administrative & Travel Fee | | $ | 0.00 |
| Intelligence (Small School) | | | |
| Milestone Guidance (Small School) | | | |
| LMS Integration | | | |
| **Total** | | **$** | **44,000.00** |

| Program Term: September 30, 2024 - September 29, 2025 | Quantity | | Fees |
|---|---|---|---|
| **Navigate - Small Schools** | 657 Undergraduate, 22 Additional | $ | 47,740.50 |
| Core (Small School) | | | |
| Administrative & Travel Fee | | $ | 0.00 |
| Intelligence (Small School) | | | |
| Milestone Guidance (Small School) | | | |
| LMS Integration | | | |
| **Total** | | **$** | **47,740.50** |

| Program Term: September 30, 2025 - September 29, 2026 | Quantity | | Fees |
|---|---|---|---|
| **Navigate - Small Schools** | 657 Undergraduate, 22 Additional | $ | 49,172.71 |
| Core (Small School) | | | |
| Administrative & Travel Fee | | $ | 0.00 |
| Intelligence (Small School) | | | |
| Milestone Guidance (Small School) | | | |
| LMS Integration | | | |

PROPOSAL | Q-241589

| Total | | | $ | 49,172.71 |
|---|---|---|---|---|

| Program Term: September 30, 2026 - September 29, 2027 | Quantity | | | Fees |
|---|---|---|---|---|
| **Navigate - Small Schools** | 657 Undergraduate, 22 Additional | | $ | 50,647.90 |
| Core (Small School) | | | | |
| Administrative & Travel Fee | | | $ | 0.00 |
| Intelligence (Small School) | | | | |
| Milestone Guidance (Small School) | | | | |
| LMS Integration | | | | |
| **Total** | | | **$** | **50,647.90** |

| Program Term: September 30, 2027 - September 29, 2028 | Quantity | | | Fees |
|---|---|---|---|---|
| **Navigate - Small Schools** | 657 Undergraduate, 22 Additional | | $ | 52,167.33 |
| Core (Small School) | | | | |
| Administrative & Travel Fee | | | $ | 0.00 |
| Intelligence (Small School) | | | | |
| Milestone Guidance (Small School) | | | | |
| LMS Integration | | | | |
| **Total** | | | **$** | **52,167.33** |

**One Time Fee:**

| Program Term: September 30, 2023 - September 29, 2024 | | | | Fees |
|---|---|---|---|---|
| **Navigate - Small Schools** | | | | |
| Implementation Fee | | | $ | 16,500.00 |
| **Total** | | | **$** | **16,500.00** |

The fees offered in this Program Order Form are based on the Programs above and any other existing Programs you may have purchased from us. In the event you terminate or discontinue any Program, including any Program in this Program Order Form, prior to the expiration of its Program Term, the fees may be subject to increase. Any fees, unless denoted as one-time, reflect the annual price for each year of the Program Term or any portion thereof (each, a "Year").

This Program Order Form is made pursuant to the Master Agreement dated as of 4/10/2023, which along with the applicable Program Scope which are incorporated herein by reference, form the entire agreement between the parties with respect to the Programs (and together with any other applicable agreements or supplements, the "Agreement").

**Invoicing:**

Services will commence on the initial date of the first Program Term (the "Start Date"). EAB will invoice Organization in advance of Services and payment is due within 30 days of the invoice date. Any One-Time Fees will be invoiced at 100% with the Program Fees on the initial invoice of each Year of this Agreement as outlined below.

All Program Fees for the first Year will be billed and due within 30 days of the signature of this Agreement or Start Date, whichever is later. In subsequent years, all Program Fees will be billed and due on or before the start of each Year.

PROPOSAL | Q-241589

Each party represents and warrants to the other that the individual signing below on its behalf is authorized to enter into this Agreement and bind such party. The parties agree and acknowledge that any purchase order or other document subsequently provided by Organization with respect to the Programs above that contain additional, conflicting, or different term and condition or otherwise would amend, modify, or supplement this Agreement are unenforceable and shall be deemed null and void.

Please sign this Program Order Form and return it to Erik Candy ecandy@eab.com to initiate your participation in the Program(s) **no later than** 9/19/2023 (after which fees and terms set forth above are subject to change).

**EAB Global, Inc.:**

Signature: _Alyssa M. Franke_

Name:     Alyssa Franklin

Title:     Executive Director

Date:     8/22/2023

**Tougaloo College:**

Signature: _____

Name: _____

Title: _____

Date: _____

---

## OPTIONAL FOR BILLING PURPOSES ONLY

Invoices should be sent by EAB to this Email Address: _____

Billing Contact Name: _____

Billing Contact Email Address: _____

Billing Contact Phone: _____

Purchase Order No. (if applicable): _____

PROPOSAL | Q-241589